```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

JULIO CASTILLO                              CIVIL ACTION

VERSUS                                      NO: 07-4338 c/w
                                            07-7280

AMERICAN NATIONAL PROPERTY &                SECTION: "A" (1)
CASUALTY CO., ET AL.

### ORDER AND REASONS

Before the Court is a **Motion to Dismiss Under Fed. R. Civ. Pro. 12(b)(1) (Rec. Doc. 13)** filed by defendant American National Property & Casualty Co. Plaintiff, Julio Castillo, opposes the motion. The motion, set for hearing on January 23, 2008, is before the Court on the briefs without oral argument.

Plaintiff filed this suit against American National Property and Casualty Co. ("American National") seeking recovery under his homeowner's policy. American National removed the suit to this Court claiming diversity jurisdiction. American National now moves to dismiss the case arguing that this Court is without subject matter jurisdiction because Plaintiff lacks standing to bring this lawsuit. American National contends that Plaintiff lacks standing because his policy was not with American National, the specific defendant named in the suit.

The claims in this lawsuit are based on state law, not on federal law. Subject matter jurisdiction is governed by 28 U.S.C. § 1332(a)(1) which confers jurisdiction in federal court

where the matter in controversy is between citizens of different states and the amount in controversy exceeds $75,000. American National represented to the Court that these requirements were satisfied when it removed the suit and invoked this Court's jurisdiction. The two cases cited by American National for its standing argument did not pertain to claims grounded in state law. The motion is wholly without legal merit.[1]

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion to Dismiss Under Fed. R. Civ. Pro. 12(b)(1) (Rec. Doc. 13)** filed by defendant American National Property & Casualty Co. is **DENIED**.

January 28, 2008

*(signature)*
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] American National in essence seeks a ruling on the merits and the appropriate vehicle to raise its argument would have been via a motion for summary judgment. To the extent that subject matter jurisdiction is in question then remand to state court is the appropriate remedy. Nevertheless, having reviewed Plaintiff's opposition and supplemental opposition the Court would be inclined to deny summary judgment too.